**Order entered December 31, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01272-CR

**SOKHAN SIM, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-82427-2013**

## ORDER

The Court **GRANTS** appellant's December 30, 2014 motion to extend time to provide proof of payment for the reporter's record. We **ORDER** appellant to provide this Court, within **TEN DAYS** of the date of this order, with proof that he has made payment to Ms. Ginyard for the reporter's record.

We **ORDER** court reporter LaTresta Ginyard to file the reporter's record within **FORTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to court reporter LaTresta Ginyard; and to counsel for all parties.

/s/    LANA MYERS
        JUSTICE